IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAMROCK BUILDERS, INC.; CUMBERLAND ROAD III OFFICE CENTER, LLC; CUMBERLAND ROAD OFFICE CENTER, LLC; and CUMBERLAND ROAD IV OFFICE CENTER LLC<br><br>   Plaintiffs,<br><br>   v.<br><br>STATE AUTOMOBILE MUTUAL INSURANCE COMPANIES; and STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY<br><br>   Defendants. | Case No. 18 cv 151<br><br>*Removed from the Superior Court of Marion County,*<br>*Cause No. 49D04-1712-PL-047089* |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §1332(a)(1), 1441(a) and 1446, Defendants, State Automobile Mutual Insurance Companies and State Auto Property and Casualty Insurance Company, by and through their undersigned counsel, HeplerBroom, LLC hereby removes this action from the Superior Court of Marion County, Indiana to the United States District Court for the Southern District of Indiana. Removal is warranted under 29 U.S.C. §1441 because this Court has original jurisdiction under 28 U.S.C. § 1332 as there is complete diversity of the parties and the amount in controversy exceeds $75,000.00. In support of its Notice of Removal, Defendants state as follows:

**BACKGROUND**

1. On December 26, 2017, Plaintiffs, Shamrock Builders, Inc., Cumberland Road III Office Center, LLC, Cumberland Road Office Center, LLC and Cumberland Road IV Office Center, LLC (collectively, "Shamrock") filed Cause Number 49D04-1712-PL-047089 in the

Superior Court of Marion County, Indiana. (A true and accurate copy of the Complaint is attached with the State Court Record and incorporated as Ex. A).

2. In their Complaint, Plaintiffs allege, *inter alia,* a cause of action for breach of contract against State Automobile Mutual Insurance Companies and State Auto Property and Casualty Insurance Company (collectively, "State Auto") relative to an December 31, 2015 weather event and resulting claim for benefits under Policy No. PBP 2577949. (Ex. A, ¶¶ 7, 24-28).

3. Plaintiffs did not request a trial by jury in their Complaint. State Auto has not filed responsive pleadings prior to filing this Notice of Removal. (Ex. A).

## PROCEDURAL REQUIREMENTS FOR REMOVAL

4. The Superior Court of Marion County, Indiana, the Court in which this action is pending, is located within the jurisdiction of the United States District Court for the Southern District of Indiana. *See* 28 U.S.C. § 94(b)(1). Venue is therefore proper in this Court, pursuant to 28 U.S.C. § 1441(a).

5. Pursuant to the provisions of 28 U.S.C. § 1446(d), State Auto will promptly file a copy of this Notice of Removal with the clerk for the Superior Court of Marion County, and will serve a copy of the same upon Plaintiffs' counsel.

6. Pursuant to 28 U.S.C. § 1446(a), a full copy of the State Court file, including all process, pleadings and orders that have been served upon Defendants – is attached as Exhibit A.

## DIVERSITY OF CITIZENSHIP EXISTS

7. The Court has jurisdiction over this action, pursuant to 28 U.S.C. § 1332(a) because it is a civil action between corporations and companies which are incorporated and have principal places of business in different states in which the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. Businesses, whether incorporated or

unincorporated, "are deemed to be citizens of the state in which they are incorporated and of the state in which they have their principal place of business. *Northern Trust Co. v. Bunge Corp.*, 899 F.2d 591, 594 (7th Cir. 1990).

### *The Parties are Citizens of Different States*

8. At all times relevant, Plaintiff, Shamrock Builders, Inc. was a corporation organized and existing under the laws of the State of Indiana, with its principal place of business located in Hamilton County, Indiana. (Ex. A, ¶ 1; *see also* true and accurate copies of the Indiana Secretary of State records are attached and incorporated as Group Ex. B).

9. At all times relevant, Plaintiff, Cumberland Road III Office Center, LLC was a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business located in Hamilton County, Indiana. (Ex. A, ¶ 1; *see also* true and accurate copies of the Indiana Secretary of State records are attached and incorporated as Group Ex. B).

10. At all times relevant, Plaintiff, Cumberland Road Office Center, LLC was a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business located in Hamilton County, Indiana. (Ex. A, ¶ 1; *see also* true and accurate copies of the Indiana Secretary of State records are attached and incorporated as Group Ex. B).

11. At all times relevant, Plaintiff, Cumberland Road IV Office Center, LLC was a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business located in Hamilton County, Indiana. (Ex. A, ¶ 1; *see also* true and accurate copies of the Indiana Secretary of State records are attached and incorporated as Group Ex. B).

12. At all times relevant, Defendant, State Auto Property and Casualty Insurance Company, was a corporation duly organized and existing under the laws of the State of Iowa, with its principal place of business located at 1300 Woodland Avenue, West Des Moines, Iowa. (A true and accurate copies of the Iowa Secretary of State records are attached and incorporated as Ex. C).

13. While identified as a Defendant in the Complaint, State Automobile Mutual Insurance Companies is not a party to the Policy of Insurance between State Auto Property and Casualty Insurance Company and Plaintiffs. Even so, State Automobile Mutual Insurance Companies is a corporation duly organized and existing under the laws of the State of Ohio, with its principal place of business located in Franklin County, Columbus, Ohio. (Ex. A, ¶ 2; *see also* true and accurate copies of the Ohio Secretary of State records are attached and incorporated as Ex. D).

14. Based upon the information available, diversity is complete as Plaintiffs are Indiana business entities with their principal places of business in Indiana and Defendants are Ohio and Iowa corporations with their principal places of business in Ohio and Iowa.

*The Amount in Controversy Exceeds $75,000.00*

15. Plaintiffs seek to recover an amount in excess of $75,000.00, exclusive of costs and interests in its case against State Auto.

16. As set forth in its Complaint, Plaintiffs seek $346,106.12 in actual cash value payments under the policy. (Ex. A, ¶¶ 16, 27).

*The Notice of Removal is Timely*

17. State Auto Property and Casualty Insurance Company was served with a copy of the Summons and Complaint on December 29, 2017. (A true and accurate copy of the Notice of

Return of Service – State Auto Property and Causality Insurance Company is attached with the State Court Record and incorporated as Ex. A).

18. State Automobile Mutual Insurance Companies was serviced with a copy of the Summons and Complaint on January 2, 2018. (A true and accurate copy of the Notice of Return of Service – State Automobile Mutual Insurance Companies is attached with the State Court Record and incorporated as Ex. A).

19. This Notice of Removal is filed within thirty (30) days after State Auto's receipt of the Summons and Complaint on December 29, 2017. Thus, the notice of removal is timely filed pursuant to 28 U.S.C. § 1446(b)(1).

## CONCLUSION

20. Based on the above, the amount in controversy is in excess of $75,000, and the matter is between citizens of different states, and therefore the instant dispute is properly removable pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441 and 28 U.S.C. § 1446.

21. After filing the original notice of Removal, State Auto will provide written notice of the same to Plaintiffs and the Clerk of the Superior Court of Marion County, Indiana. (True and accurate copies of the Notice to State Court and Notice to Opposing Counsel are attached and incorporated as Ex. E).

WHEREFORE, pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441 and 28 U.S.C. § 1446, Defendants, State Automobile Mutual Insurance Companies, an Ohio corporation, and State Auto Property and Casualty Insurance Company, an Iowa corporation, hereby remove this case from the Superior Court of Marion County, Indiana to the United States District Court for the Southern District of Indiana, for all further proceedings in this matter.

**Defendants further request a trial by jury on all counts of Plaintiffs' Complaint.**

          Respectfully submitted,

          HEPLERBROOM, LLC

          /s/ Rick Hammond
          Rick Hammond, #19044-45
          2929 Carlson Drive
          Hammond, Indiana 46323
          219/427-5562
          rick.hammond@heplerbroom.com
          justin.curtis@heplerbroom.com
          ***Attorney for Defendants***

## PROOF OF SERVICE

I hereby certify that on January 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to the following: Offer Korin, Kristopher N. Kazmierczak and John P. Higgins of Katz Korin Cunningham, P.C., *Attorneys for Plaintiffs*. A courtesy copy was e-mailed to:

    Offer Korin, Attorney No. 14014-49
    Kristopher N. Kazmierczak, Attorney No. 19430-49
    John P. Higgins, Attorney No. 30673-49
    KATZ KORIN CUNNINGHAM, PC
    334 North Senate Avenue
    Indianapolis, Indiana 46204-1708
    317-464-1100; 317-464-1111-fax
    okorin@kkclegal.com
    kkaz@kkclegal.com
    jhiggins@kkclegal.com
    *Attorneys for Plaintiffs Shamrock Builders, Inc., Cumberland Road III Office Center, LLC, Cumberland Road Office Center, and Cumberland Road IV Office Center, LLC*

          /s/ Rick Hammond
          Rick Hammond, #19044-4
          2929 Carlson Drive
          Hammond, Indiana 46323
          219/427-5562
          rick.hammond@heplerbroom.com
          ***Attorney for Defendants***