# EXHIBIT A

49D04-1712-PL-047089
Marion Superior Court, Civil Division 4

Filed: 12/26/2017 1:03 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

SHAMROCK BUILDERS, INC; )
CUMBERLAND ROAD III OFFICE )
CENTER, LLC; CUMBERLAND ROAD )
OFFICE CENTER, LLC; and, )
CUMBERLAND ROAD IV OFFICE )
CENTER LLC )
                Plaintiffs, )
)
v. )
)
STATE AUTOMOBILE MUTUAL )
INSURANCE COMPANIES; and, )
STATE AUTO PROPERTY AND )
CASUALTY INSURANCE COMPANY )
)
                Defendants. )

## COMPLAINT FOR DAMAGES

Plaintiffs Shamrock Builders, Inc., Cumberland Road III Office Center, LLC, Cumberland Road Office Center, LLC, and Cumberland Road IV Office Center, LLC (collectively, "Shamrock"), by counsel, brings their Complaint for Damages against State Automobile Mutual Insurance Companies and State Auto Property and Casualty Insurance Company a/k/a State Auto Insurance (collectively "State Auto"). In support of their Complaint, Shamrock states and alleges as follows:

### FACTUAL ALLEGATIONS

#### Parties, Jurisdiction, and Venue

1. The Shamrock Plaintiffs are Indiana corporations or limited liability companies with their principal place of business located in Hamilton County, Indiana. Shamrock is in the business of building, remodeling, and managing commercial office buildings.



2. The State Auto Defendants are Ohio corporations with their principal places of business in Columbus, Ohio. State Auto is in the business of issuing policies of general liability and casualty insurance.

3. State Auto solicited and sold insurance policies in Indiana, including the insurance policy at issue in this litigation, and therefore is subject to the personal jurisdiction of this Court.

4. State Auto has designated with the Indiana Department of Insurance its registered agent in Marion County, Indiana, to wit: c/o Corporate Service Company, 135 N Pennsylvania Street Suite 1610, Indianapolis, Marion County, Indiana, 46204-2448.

5. The Indiana Supreme Court has held that the term "principal office" as used in T.R. 75(A) "refers to an organization's registered office; namely, the place where its registered agent can be found." *Painters Dist. Council 91 v. Calvert Enterprises Electronic Serv., Inc.*, 906 N.E.2d 254, 257 (Ind. Ct. App. 2009)(citing *American Family Ins. Co. v. Ford Motor Co.*, 857 N.E.2d 971, 974-75 (Ind. 2006); *Coffman v. Olson & Co., P.C.*, 872 N.E.2d 145, 148 (Ind. Ct. App. 2007)).

6. Inasmuch as State Auto's registered agent can be found in Marion County, Marion County is a county of preferred venue pursuant to Indiana Trial Rule 12(A)(4).

**Facts In Support of Shamrock's Claim**

7. Shamrock purchased a policy of insurance from State Auto, specifically policy number PBP 2577949 (the "Policy"), which was effective from January 1, 2015 through January 1, 2016.

8. The Policy included insurance coverage for Shamrock's business and personal property for real estate owned by or affiliated with Shamrock.

9. Shamrock or its affiliates are the owners in fee simple absolute of three commercial buildings located at 11501 Cumberland Road, Fishers, Hamilton County, Indiana 11559

2

Cumberland Road, Fishers, Hamilton County Indiana, and 9856 116th Street, Fishers, Hamilton County, Indiana (collectively the "Three Properties").

10. The Three Properties are all single-story, wood-framed structures built over concrete slab-on-grade foundations. The exterior walls of the Three Properties are covered with brick veneer and exterior insulation finish system siding, and the roofs are clad with three-tab, fiberglass-mat asphalt shingles.

11. The Three Properties were covered under the Policy.

12. On or around December 31, 2015, a storm damaged the roof, gutters, and roof vents of the Three Properties.

13. On December 31, 2015, Shamrock made a claim for damage to the Three Properties under the Policy.

14. After numerous delays attributable entirely to State Auto, State Auto sent an adjuster, Gregg Easterbrook, to inspect the damage to the Three Properties. State Auto's adjuster found that the damage to the Three Properties was a covered loss under the Policy.

15. Upon information and belief, State Auto thereafter terminated the employment of Mr. Easterbrook and refused to acknowledge coverage for the December 31, 2015 casualty event under the Policy.

16. Shamrock thereafter obtained the services of a public adjuster, who determined the covered loss under the policy to be $346,106.12. State Auto refused to accept the determination of Shamrock's public adjuster.

17. State Auto has refused to cover the entire damage to the Three Properties based on State Auto's conclusion was that the damage on Shamrock's roofs could be repaired by substituting shingles from another manufacturer in a different color and arranging those shingles

3

in such a manner so that, as State Auto incorrectly claims, appear visually indistinguishable at street level.

18. State Auto's proposed "repair" to the roof, however, would involve taking different sized shingles from another manufacturer and cutting the shingles to fit, which would result in color and texture discrepancies and is contrary the to manufacturer's instructions.

19. The Policy requires State Auto to pay the value of lost or damaged property, pay the cost of repairing the property, take the property at an agreed or appraised value, or to repair, rebuild, or replace the property of **like kind and quality**...." (emphasis added).

20. State Auto's proposed "repair" of the roofs is not a repair using the like kind or quality of material, and would not otherwise compensate Shamrock for the casualty event as required by the Policy.

21. In an attempt to secure payment for amounts due and owing under the Policy, Shamrock elected to utilize the informal appraisal provision of the Policy.

22. On November 17, 2017, State Auto mailed Shamrock a letter purporting to be the results of the appraisal process. According to the November 17, 2017 letter, State Auto reported that the result of the appraisal process resulted in an actual cash value award of $7,817.39.

23. The result of the appraisal does not comport with the Policy, by among other things, failing to include replacement of materials that are of like-kind or quality.

### COUNT I – BREACH OF CONTRACT OF INSURANCE

24. Shamrock incorporates paragraphs 1 through 23 above as if set forth fully herein.

25. Shamrock and State Auto are parties to the Policy, which is a contract of insurance.

26. Shamrock has met all conditions precedent under the Policy, including the payment of premiums. Shamrock is not in breach of the Policy.

27. Pursuant to its contract of insurance, State Auto is obligated to pay Shamrock in accordance with that Policy.

28. State Auto has breached the contract of insurance by, among other things, failing to properly appraise the value of the claim for damage to the Three Properties and by failing to replace the damaged property with like-quality materials.

29. State Auto's breach of its contract of insurance has caused Shamrock damages.

WHEREFORE, Plaintiff Shamrock Builders, Inc., Cumberland Road III Office Center, LLC, Cumberland Road Office Center, and Cumberland Road IV Office Center, LLC, by counsel, respectfully requests that this Court enter a judgment in its favor and against State Automobile Mutual Insurance Companies and State Auto Property and Casualty Insurance Company at an amount to be determined at trial, and for all other relief just and proper in the premises.

Respectfully submitted,

/s/ *John P. Higgins*
Offer Korin, Attorney No. 14014-49
Kristopher N. Kazmierczak, Attorney No. 19430-49
John P. Higgins, Attorney No. 30673-49
KATZ KORIN CUNNINGHAM, PC
334 North Senate Avenue
Indianapolis, Indiana 46204-1708
317-464-1100; 317-464-1111-fax
okorin@kkclegal.com
kkaz@kkclegal.com
jhiggins@kkclegal.com

*Attorneys for Plaintiffs Shamrock Builders, Inc., Cumberland Road III Office Center, LLC, Cumberland Road Office Center, and Cumberland Road IV Office Center, LLC*

Filed: 1/9/2018 11:56 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF MARION | ) | CAUSE NO. 49D04-1712-PL-047089 |

SHAMROCK BUILDERS, INC;  )
CUMBERLAND ROAD III OFFICE  )
CENTER, LLC; CUMBERLAND ROAD  )
OFFICE CENTER, LLC; and,  )
CUMBERLAND ROAD IV OFFICE  )
CENTER LLC  )
                          )
      Plaintiffs,  )
                          )
v.                        )
                          )
STATE AUTOMOBILE MUTUAL  )
INSURANCE COMPANIES; and,  )
STATE AUTO PROPERTY AND  )
CASUALTY INSURANCE COMPANY  )
                          )
      Defendants.  )

## NOTICE OF RETURN OF SERVICE – STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY

Plaintiffs Shamrock Builders, Inc., Cumberland Road III Office Center, LLC, Cumberland Road Office Center, LLC and Cumberland Road IV Office Center, LLC, by counsel, respectfully notifies the Court, pursuant to Indiana Trial Rule 4.15, that Defendant, State Auto Property and Casualty Insurance Company, was served with a Summons and Complaint by certified mail on December 29, 2017. A copy of the USPS Tracking Information is attached hereto as Exhibit A.

Respectfully submitted,

/s/ John P. Higgins
Offer Korin [Atty. No. 14014-49]
Kristopher N. Kazmierczak [Atty. No. 19430-49]
John P. Higgins [Atty. No. 30673-49]
KATZ KORIN CUNNINGHAM PC
334 North Senate Avenue
Indianapolis, IN 46204-1708


EXHIBIT E

        317-464-1100; 317-464-1111-fax
        okorin@kkclegal.com
        kkaz@kkclegal.com
        jhiggins@kkclegal.com

        *Attorneys for Plaintiffs Shamrock Builders, Inc., Cumberland Road III Office Center, LLC, Cumberland Road Office Center, and Cumberland Road IV Office Center, LLC*

## CERTIFICATE OF SERVICE

  I certify that I electronically filed the foregoing document using the Indiana E-filing System (IEFS) on January 9, 2018. I hereby further certify that a copy of the foregoing has been served upon the individual[s] listed below by depositing same in the United States Mail on January 9, 2018.

State Automobile Mutual Insurance Companies
c/o Corporate Service Company, Reg. Agent
135 N Pennsylvania Street Suite 1610
Indianapolis, IN 46204-2448

State Auto Property and Casualty Insurance Company
c/o Corporate Service Company, Reg. Agent
135 N Pennsylvania Street Suite 1610
Indianapolis, IN 46204-2448

        /s/ *John P. Higgins*
        John P. Higgins

2

 **UNITED STATES POSTAL SERVICE.**

Filed: 1/9/2018 11:56 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

Date Produced: 01/01/2018

WALZ GROUP:

The following is the delivery information for Certified Mail™/RRE item number 9314 8699 0430 0041 8546 35. Our records indicate that this item was delivered on 12/29/2017 at 10:00 a.m. in INDIANAPOLIS, IN 46204. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

---

Information in this section provided by Walz Group, LLC.

**Recipient Information:**
State Auto Property and Casualty Insurance Company
C/o Corporate Service Company, Registered Agent
135 N Pennsylvania Street Suite 1610
Indianapolis, IN 46204-2448

**Reference Number:** Shamrock

EXHIBIT A

CAM

**katz.korin.
cunningham.**

334 N. Senate Ave., Indianapolis, IN 46204

INDIANAPOLIS
IN 460
09 JAN '18
PM 6 L

neopost
01/09/2018
US POSTAGE
FIRST-CLASS MAIL
$00.67°

ZIP 46204
041L11240218

State Auto Property and Casualty
Insurance Company
c/o Corporate Service Company, Reg. Agent
135 N Pennsylvania Street Suite 1610 Indianapolis,
IN 46204-2448

46204-244810

Filed: 1/9/2018 11:56 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF MARION | ) | CAUSE NO. 49D04-1712-PL-047089 |

SHAMROCK BUILDERS, INC; )
CUMBERLAND ROAD III OFFICE )
CENTER, LLC; CUMBERLAND ROAD )
OFFICE CENTER, LLC; and, )
CUMBERLAND ROAD IV OFFICE )
CENTER LLC )
  )
  Plaintiffs, )
  )
v. )
  )
STATE AUTOMOBILE MUTUAL )
INSURANCE COMPANIES; and, )
STATE AUTO PROPERTY AND )
CASUALTY INSURANCE COMPANY )
  )
  Defendants. )

## NOTICE OF RETURN OF SERVICE – STATE AUTOMOBILE MUTUAL INSURANCE COMPANIES

Plaintiffs Shamrock Builders, Inc., Cumberland Road III Office Center, LLC, Cumberland Road Office Center, LLC and Cumberland Road IV Office Center, LLC, by counsel, respectfully notifies the Court, pursuant to Indiana Trial Rule 4.15, that Defendant, State Automobile Mutual Insurance Companies, was served with a Summons and Complaint by certified mail on January 2, 2018. A copy of the USPS Tracking Information is attached hereto as Exhibit A.

Respectfully submitted,

/s/ John P. Higgins
Offer Korin [Atty. No. 14014-49]
Kristopher N. Kazmierczak [Atty. No. 19430-49]
John P. Higgins [Atty. No. 30673-49]
KATZ KORIN CUNNINGHAM PC
334 North Senate Avenue
Indianapolis, IN 46204-1708


EXHIBIT F

317-464-1100; 317-464-1111-fax
okorin@kkclegal.com
kkaz@kkclegal.com
jhiggins@kkclegal.com

*Attorneys for Plaintiffs Shamrock Builders, Inc., Cumberland Road III Office Center, LLC, Cumberland Road Office Center, and Cumberland Road IV Office Center, LLC*

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document using the Indiana E-filing System (IEFS) on January 9, 2018. I hereby further certify that a copy of the foregoing has been served upon the individual[s] listed below by depositing same in the United States Mail on January 9, 2018.

| | |
|---|---|
| State Automobile Mutual Insurance Companies<br>c/o Corporate Service Company, Reg. Agent<br>135 N Pennsylvania Street Suite 1610<br>Indianapolis, IN 46204-2448 | State Auto Property and Casualty<br>Insurance Company<br>c/o Corporate Service Company, Reg. Agent<br>135 N Pennsylvania Street Suite 1610<br>Indianapolis, IN 46204-2448 |

/s/ *John P. Higgins*
John P. Higgins

2


**UNITED STATES POSTAL SERVICE.**

Filed: 1/9/2018 11:56 AM
Myla A. Eldridge
Clerk
Marion County, Indiana

Date Produced: 01/08/2018

WALZ GROUP:

The following is the delivery information for Certified Mail™/RRE item number 9314 8699 0430 0041 8554 72. Our records indicate that this item was delivered on 01/02/2018 at 09:55 a.m. in INDIANAPOLIS, IN 46204. The scanned image of the recipient information is provided below.

Signature of Recipient :

Mary Cole
Mary Colema

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

---

Information in this section provided by Walz Group, LLC.

**Recipient Information:**
State Automobile Mutual Insurance Companies
C/o Corporate Service Company, Registered Agent
135 N Pennsylvania Street Suite 1610
Indianapolis, IN 46204-2448

EXHIBIT A