| | | |
|---|---|---|
| SHAMROCK BUILDERS, INC., | ) | |
| CUMBERLAND ROAD III | ) | |
| OFFICE CENTER, LLC, | ) | |
| CUMBERLAND ROAD OFFICE | ) | |
| CENTER, LLC, and CUMBERLAND | ) | |
| ROAD IV OFFICE CENTER LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-00151-TWP-MPB |
| | ) | |
| STATE AUTOMOBILE MUTUAL | ) | |
| INSURANCE COMPANIES, and STATE | ) | |
| AUTO PROPERTY AND CASUALTY | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY ON JURISDICTION

It has come to the Court's attention that Defendants' Notice of Removal fails to allege all

of the facts necessary to determine whether this Court has subject matter jurisdiction over this case.

The Notice of Removal alleges that this Court has jurisdiction based upon diversity of citizenship.

However, the Notice of Removal fails to sufficiently allege the citizenship of the limited liability

company Plaintiffs. Citizenship is the operative consideration for jurisdictional purposes. *See*

*Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002) ("residence and

citizenship are not synonyms and it is the latter that matters for purposes of the diversity

jurisdiction").

"For diversity jurisdiction purposes, the citizenship of an LLC is the citizenship of each of

its members." *Thomas v. Guardsmark*, *LLC*, 487 F.3d 531, 534 (7th Cir. 2007). "Consequently, an

LLC's jurisdictional statement must identify the citizenship of each of its members as of the date

the complaint or notice of removal was filed, and, if those members have members, the citizenship of those members as well." *Id.*

The Notice of Removal alleges that "Plaintiff, Cumberland Road III Office Center, LLC was a limited liability company organized and existing under the laws of the State of Indiana, with its principal place of business located in Hamilton County, Indiana." (Filing No. 1 at 3.) Similar allegations are made regarding Plaintiffs Cumberland Road Office Center, LLC and Cumberland Road IV Office Center, LLC. These jurisdictional allegations do not establish the citizenship of the Plaintiff LLCs. Alleging the identity and citizenship of each of the members of the Plaintiff limited liability companies is necessary for this Court to determine whether it has jurisdiction.

Therefore, the Defendants are **ORDERED** to file a Supplemental Jurisdictional Statement that establishes the Court's jurisdiction over this case. This statement should specifically identify the members of the Plaintiff LLCs and those members' citizenship. This jurisdictional statement is due **fourteen (14) days** from the date of this Entry.

     **SO ORDERED.**

Date:   1/26/2018

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Rick L. Hammond
HEPLER BROOM, LLC
rick.hammond@heplerbroom.com

John P. Higgins
KATZ KORIN CUNNINGHAM, P.C.
jhiggins@kkclegal.com

Offer Korin
KATZ KORIN CUNNINGHAM, P.C.
okorin@kkclegal.com

Kristopher N. Kazmierczak
KATZ KORIN CUNNINGHAM, P.C.
kkaz@kkclegal.com