UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Acknowledged**
TWP
October 17, 2018

| | |
|---|---|
| SHAMROCK BUILDERS, INC., et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No.: 1:18-cv-00151-TWP-MPB |
| STATE AUTO PROPERTY AND CASUALTY COMPANY, | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all Parties, by counsel, respectfully notify the Court of the stipulated dismissal of this action, with prejudice.

Respectfully submitted,

/s/ John P. Higgins
Offer Korin, Atty. No. 14014-49
Kristopher N. Kazmierczak, Atty. No. 19430-49
John P. Higgins, Atty. No. 30679-49
KATZ KORIN CUNNINGHAM PC
334 North Senate Avenue
Indianapolis, IN  46204
317-464-1100 (tel.)
317-464-1111 (fax)
E-mail:  okorin@kkclegal.com
kkaz@kkclegal.com
jhiggins@kkclegal.com

*Attorneys for Plaintiffs*

/s/ Justin K. Curtis (with permission)
Rick Hammond, Atty. No. 19044-45
Justin K. Curtis, Atty. No. 28517-45
HEPLERBROOM, LLC
2929 Carlson Drive
#304
Hammond, Indiana  46323
219-427-5562 (tel.)
219-200-3305 (fax)
E-mail:  rick.hammond@heplerbroom.com
justin.curtis@heplerbroom.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 16th day of October, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

| | |
|---|---|
| Richard L. Hammond (Defendants)<br>HEPLERBROOM LLC | rick.hammond@heplerbroom.com |
| Justin K. Curtis (Defendants)<br>HAPLERBROOM LLC | justin.curtis@heplerbroom.com |

             */s/ John P. Higgins*
             John P. Higgins

4845-0487-6408, v. 1